IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 1:20-cv-00055-RGA |
| ISAGENIX WORLDWIDE, INC., | ) |
| *Defendant*. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ISAGENIX WORLDWIDE, INC.**

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses WITHOUT prejudice all claims by Plaintiff against Defendant Isagenix Worldwide, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 5, 2020

Respectfully submitted,

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdlaw.com

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)